Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC., a Washington Corporation, ZILLOW, INC., a Washington Corporation,<br><br>Defendants. | Case No. 2:20-cv-00851-TSZ<br><br>**NOTICE OF FILING OF PETITIONS FOR INTER PARTES REVIEW** |

Defendants Zillow Group, Inc. and Zillow, Inc. ("Zillow") hereby notify the Court that on September 18, 2020, Zillow filed Petitions for *Inter Partes* Review of three of the patents at issue in this litigation:

- U.S. Patent No. 7,076,443, Petition assigned No. IPR2020-01655;
- U.S. Patent No. 8,315,904, Petition assigned No. IPR2020-01656; and
- U.S. Patent No. 7,072,849, Petitions assigned Nos. IPR2020-01657 and IPR2020-01658.

Dated: September 21, 2020.                                Respectfully submitted,

By: /s/ *Katherine M. Peaslee*
Ian B. Crosby, WSBA 28461

NOTICE OF FILING OF PETITION FOR IPR  - 1
Case No. 2:20-cv-00851-TSZ

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

7374978v1/016074

|   |   |
|---|---|
| 1 | icrosby@susmangodfrey.com |
| 2 | Daniel Shih, WSBA 37999 |
|   | dshih@susmangodfrey.com |
| 3 | Katherine M. Peaslee, WSBA 52881 |
|   | kpeaslee@susmangodfrey.com |
| 4 | SUSMAN GODFREY L.L.P. |
|   | 1201 Third Avenue, Suite 3800 |
| 5 | Seattle, WA 98101 |
|   | Telephone: (206) 516-3880 |
| 6 | Facsimile: (206) 516-3883 |

*Attorneys for Zillow Group, Inc. and Zillow, Inc*

NOTICE OF FILING OF PETITION FOR IPR  - 2
Case No. 2:20-cv-00851-TSZ

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

7374978v1/016074

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Katherine M. Peaslee*
Katherine M. Peaslee

NOTICE OF FILING OF PETITION FOR IPR  - 3
Case No. 2:20-cv-00851-TSZ

SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

7374978v1/016074