HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; ZILLOW, INC.,<br><br>Defendants. | NO. 2:20-cv-00851-TSZ<br><br>IBM'S RESPONSE TO ZILLOW'S NOTICE OF FILING OF PETITIONS FOR INTER PARTES REVIEW |

Plaintiff International Business Machines Corporation ("IBM") hereby responds to Defendants Zillow Group, Inc.'s and Zillow, Inc.'s ("Zillow") Notice of Filing of Petitions for Inter Partes Review ("IPRs") on a subset of the patents-in-suit. Dkt. 135. Zillow has taken claim construction positions before the Patent Trial and Appeals Board that contradict those it has taken in this district court action. IBM is prepared to address this issue, including its impact on claim construction scheduling, at the Court's upcoming status conference concerning the parties' Joint Status Report. Dkt. 131.

IBM'S RESPONSE TO ZILLOW'S NOTICE OF FILING OF PETITIONS FOR INTER PARTES REVIEW - 1
(Case No. 2:20-cv-00851-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 25th day of September, 2020.

HARRIGAN LEYH FARMER & THOMSEN LLP

By: s/Arthur W. Harrigan, Jr.
By: s/Tyler L. Farmer
    Arthur W. Harrigan, Jr., WSBA #1751
    Tyler L. Farmer, WSBA #39912
    999 Third Avenue, Suite 4400
    Seattle, WA 98104
    Tel: (206) 623-1700
    Fax: (206) 623-8717
    Email: arthurh@harriganleyh.com
    Email: tylerf@harriganleyh.com

DESMARAIS LLP

    John M. Desmarais (*pro hac vice*)
    Karim Z. Oussayef (*pro hac vice*)
    Brian D. Matty (*pro hac vice*)
    Brian Leary (*pro hac vice*)
    Alexandra E. Kochian (*pro hac vice*)
    John Dao (*pro hac vice*)
    Jun Tong (*pro hac vice*)
    230 Park Avenue, 26th Floor
    New York, NY 10169
    Tel: (212) 351-3400
    Fax: (212) 351-3401
    Email: jdesmarais@desmaraisllp.com
    Email: koussayef@desmaraisllp.com
    Email: bmatty@desmaraisllp.com
    Email: bleary@desmaraisllp.com
    Email: akochian@desmaraisllp.com
    Email: jdao@desmaraisllp.com
    Email: jtong@desmaraisllp.com

*Attorneys for International Business Machines Corporation*

IBM'S RESPONSE TO ZILLOW'S NOTICE OF FILING OF PETITIONS FOR INTER PARTES REVIEW - 2
(Case No. 2:20-cv-00851-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717