LAW OFFICES

**HARRIGAN LEYH FARMER & THOMSEN LLP**

999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
(206) 623-1700

TYLER L. FARMER

E-MAIL: TYLERF@HARRIGANLEYH.COM
FACSIMILE: (206) 623-8717

November 20, 2020

Kathryn Kim
Clerk to The Honorable Thomas S. Zilly
United States District Court
Western District of Washington
700 Stewart Street, Suite 15229
Seattle, WA 98101-9906

    Re:    Scheduling Matters *International Business Machines Corporation v. Zillow Group, Inc., et al.*, No. 20-cv-00851-TSZ

Dear Ms. Kim:

    We write on behalf of plaintiff IBM.  During the July 23, 2020 status conference, the Court discussed setting a follow-up hearing in mid-September.  (See Hearing Transcript at 49:16-47:1).  We are writing to inquire whether the Court plans to schedule that hearing, which we believe would help the parties advance the case.

    Very truly yours,

    HARRIGAN LEYH FARMER & THOMSEN LLP

    Tyler L. Farmer

TLF:emf

cc:    All Counsel of Record via ECF