UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

        Plaintiff,

  v.

ZILLOW GROUP, INC.; and ZILLOW, INC.,

        Defendants.

C20-851 TSZ

MINUTE ORDER

      Having conducted a status conference via ZoomGov.com at which Brian Matty and Karim Oussayef appeared on behalf of plaintiff International Business Machines Corporation ("IBM"), and Ian Crosby and Katy Peaslee appeared on behalf of defendants Zillow Group, Inc. and Zillow, Inc. ("Zillow"), the Court enters the following Minute Order:

      (1)    Karim Oussayef is designated as liaison counsel for IBM, and Ian Crosby is designated as liaison counsel for Zillow.  Liaison counsel shall serve as the points of contact for the Court, and will be responsible for assisting the Court in scheduling and coordinating hearings and telephonic conferences, and for appropriately distributing emailed or telephonic communications from the Court.

      (2)    The Court SETS the following schedule for preliminary motion practice:

           (a)    Any Rule 12 motion by Zillow challenging patentability shall be filed by February 22, 2021, and noted for April 16, 2021;

           (b)    IBM is granted leave to file an amended complaint on or before March 8, 2021;

MINUTE ORDER - 1

      (c)    Any amended Rule 12 motion by Zillow shall be filed by March 25, 2021, and noted for April 16, 2021; if an amended motion is filed, Zillow shall withdraw its original motion;

      (d)    Any response by IBM to either the original or any amended Rule 12 motion shall be filed on or before April 8, 2021;

      (e)    Any reply in support of the original or any amended Rule 12 motion shall be filed by April 15, 2021.

(3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of January, 2021.

          William M. McCool
          Clerk

          s/Gail Glass
          Deputy Clerk