# EXHIBIT 62

# Zillow Infringes U.S. Patent No. 7,076,443 (Emens)

# U.S. Patent 7,076,443 (Emens) - Overview

(12) **United States Patent**
Emens et al.

(10) Patent No.: **US 7,076,443 B1**
(45) Date of Patent: **Jul. 11, 2006**

(54) **SYSTEM AND TECHNIQUE FOR AUTOMATICALLY ASSOCIATING RELATED ADVERTISEMENTS TO INDIVIDUAL SEARCH RESULTS ITEMS OF A SEARCH RESULT SET**

(75) Inventors: **Michael L Emens**, San Jose, CA (US); **Reiner Kraft**, Gilroy, CA (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1116 days.

(21) Appl. No.: **09/583,516**

(22) Filed: **May 31, 2000**

FOREIGN PATENT DOCUMENTS

WO    WO 98/36366    *    8/1998

OTHER PUBLICATIONS

Dialog reference. File 16, 06806736. "Excite@Home Launches New Shopping Service for Holiday Shoppers" PR Newswire, pp4463, Nov. 15, 1999.*

* cited by examiner

*Primary Examiner*—Raquel Alvarez
(74) *Attorney, Agent, or Firm*—Delio & Peterson; Leonard T. Guzman

(57) **ABSTRACT**

The resultant search result items from a search engine performing an Internet search are associated with similar or related advertisements. These associated advertisements, once acquired, may be viewed by a user on demand. An

2

# U.S. Patent 7,076,443 (Emens) – Claim 1

**1. A method of targeting at least one associated advertisement from an Internet search having access to an information repository by a user, comprising:**

- **(a) identifying at least one search result item from a search result of said Internet search by said user;**
- **(b) searching for said at least one associated advertisement within said repository using said at least one search result item;**
- **(c) identifying said at least one associated advertisement from said repository having at least one word that matches said at least one search result item; and**
- **(d) correlating said at least one associated advertisement with said at least one search result item.**

3

# U.S. Patent 7,076,443 (Emens) – Claim 1

**1. A method of targeting at least one associated advertisement from an Internet search having access to an information repository by a user, comprising:**



Zillow, https://www.zillow.com.



Property listing, Zillow, https://www.zillow.com.

***Associated advertisement:*** "Instead of using user profiles to target advertisement, the resultant search result items from a search engine performing an Internet search are utilized. These search result items are associated with similar or related advertisements." (4:56-60).

4

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(a)** identifying at least one search result item from a search result of said Internet search by said user;



Property listing results for Seattle, WA, Zillow, https://www.zillow.com.



Property listing, Zillow, https://www.zillow.com.

5

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(b)** **searching for said at least one associated advertisement within said repository using said at least one search result item**;

*Note:* Zillow searches for similar homes in its database based on attributes of the property listing result.



Property listing results for Seattle, WA, Zillow, https://www.zillow.com.



JavaScript of search for similar listings, Zillow, https://www.zillow.com.

6

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(c) identifying said at least one associated advertisement from said repository having at least one word that matches said at least one search result item; and**

*Note*: After performing a search for similar property listings based on the property listing result, Zillow identifies similar property listings that share at least one word with the associated property.

```
"data": {
 "property": {
  "id": "UHJvcGVydHk6MjEyMjgzNzc1NA==",
  "isFeatured": false,
  "postingContact": {
   "brokerName": null,
   "brokerageName": "PPS Homes, LLC",
   "name": "Bernard Smith",
   "photo": {
    "url": "https://photos.zillowstatic.com/h_i/ISpdn03xgk5e020000000000.jpg"
   }
  },
  "zpid": 2122837754,
  "city": "Seattle",
  "state": "WA",
  "address": {
   "streetAddress": "4818 S Fontanelle St # B",
   "city": "Seattle",
   "state": "WA",
   "zipcode": "98118",
   "neighborhood": "Brighton"
  },
```

```
"comps": [
 {
  "price": 1400,
  "currency": "USD",
  "bedrooms": 1,
  "bathrooms": 1,
  "livingArea": 700,
  "address": {
   "streetAddress": "7310 Rainier Ave S APT 4",
   "city": "Seattle",
   "state": "WA",
   "zipcode": "98118"
```

```
 {
  "price": 1600,
  "currency": "USD",
  "bedrooms": 2,
  "bathrooms": 1,
  "livingArea": 750,
  "address": {
   "streetAddress": "7310 Rainier Ave S APT 1",
   "city": "Seattle",
   "state": "WA",
   "zipcode": "98118"
```

```
  "price": 1250,
  "currency": "USD",
  "bedrooms": 1,
  "bathrooms": 1,
  "livingArea": 500,
  "address": {
   "streetAddress": "7009 Rainier Ave S APT 11",
   "city": "Seattle",
   "state": "WA",
   "zipcode": "98118"
```

```
  "price": 1635,
  "currency": "USD",
  "bedrooms": 2,
  "bathrooms": 1,
  "livingArea": 1025,
  "address": {
   "streetAddress": "4664 S Holly St",
   "city": "Seattle",
   "state": "WA",
   "zipcode": "98118"
```

JSON with similar property listings, Zillow, https://www.zillow.com.

7

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(c) identifying said at least one associated advertisement from said repository having at least one word that matches said at least one search result item; and**



Property listing, Zillow, https://www.zillow.com.

8

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(c) identifying said at least one associated advertisement from said repository having at least one word that matches said at least one search result item; and**



Property listing, Zillow, https://www.zillow.com.

9

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(d)** correlating said **at least one associated advertisement** with said **at least one search result item**.

> *Note:* Zillow correlates the similar property listings with the selected property listing by listing the similar property listings as "comps" in the JSON file.

```
"data": {
  "property": {
    "id": "UHJvcGVydHk6MjEyMjgzNzc1NA==",
    "isFeatured": false,
    "postingContact": {
      "brokerName": null,
      "brokerageName": "PPS Homes, LLC",
      "name": "Bernard Smith",
      "photo": {
        "url": "https://photos.zillowstatic.com/h_i/ISpdn03xgk5e020000000000.jpg"
      }
    },
    "zpid": 2122837754,
    "city": "Seattle",
    "state": "WA",
    "address": {
      "streetAddress": "4818 S Fontanelle St # B",
      "city": "Seattle",
      "state": "WA",
      "zipcode": "98118",
      "neighborhood": "Brighton"
    },
  },
```

```
"comps": [
  {
    "price": 1400,
    "currency": "USD",
    "bedrooms": 1,
    "bathrooms": 1,
    "livingArea": 700,
    "address": {
      "streetAddress": "7310 Rainier Ave S APT 4",
      "city": "Seattle",
      "state": "WA",
      "zipcode": "98118"
    }
  },
  {
    "price": 1600,
    "currency": "USD",
    "bedrooms": 2,
    "bathrooms": 1,
    "livingArea": 750,
    "address": {
      "streetAddress": "7310 Rainier Ave S APT 1",
      "city": "Seattle",
      "state": "WA",
      "zipcode": "98118"
    }
  },
```

```
  {
    "price": 1250,
    "currency": "USD",
    "bedrooms": 1,
    "bathrooms": 1,
    "livingArea": 500,
    "address": {
      "streetAddress": "7009 Rainier Ave S APT 11",
      "city": "Seattle",
      "state": "WA",
      "zipcode": "98118"
    }
  },
  {
    "price": 1635,
    "currency": "USD",
    "bedrooms": 2,
    "bathrooms": 1,
    "livingArea": 1025,
    "address": {
      "streetAddress": "4664 S Holly St",
      "city": "Seattle",
      "state": "WA",
      "zipcode": "98118"
    }
  },
```

JSON with similar property listings, Zillow, https://www.zillow.com.

10

# U.S. Patent 7,076,443 (Emens) – Claim 1

**(d)** **correlating said** **at least one associated advertisement** **with said** **at least one search result item**.

*Note:* Zillow correlates the similar property listings with the selected property listing by displaying them as "Similar homes."



Property listing, Zillow, https://www.zillow.com.

11

# U.S. Patent 7,076,443 (Emens) – Claim 5

**5. The method of claim 1 further comprising** designating **said at least one search result item** matched to **said at least one associated advertisement** for subsequent selection by a user.

*Note:* Zillow designates the selected property listing for subsequent selection by displaying the similar property listings that allow a user to access the similar properties matched to the selected property.



Property listing, Zillow, https://www.zillow.com.

12

# U.S. Patent 7,076,443 (Emens) – Claim 7

**7. The method of claim 5 wherein** designating said at least one search result item **further comprises** displaying a graphical user interface to said user.

> *Note:* Zillow displays images of the similar properties which allow a user to access the associated property listings matched to the selected property.



Property listing, Zillow, https://www.zillow.com.

13