# EXHIBIT 65

# Zillow Infringes U.S. Patent No. 8,315,904 (Black)

# U.S. Patent 8,315,904 (Black) - Overview

(12) **United States Patent**
**Black et al.**

(10) **Patent No.: US 8,315,904 B2**
(45) **Date of Patent: Nov. 20, 2012**

(54) **ORGANIZATION FOR PROMOTION MANAGEMENT**

(75) Inventors: **Andre B. Black**, Medford, MA (US); **David F. Cheung**, Potomac, MD (US); **Ruby Kennedy**, Bedford, MA (US); **Yuchun Lee**, Sudbury, MA (US); **Patrick Martin**, Lexington, MA (US)

(73) Assignee: **International Business Machines Corporation**, Armonk, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1069 days.

(21) Appl. No.: **11/492,010**

(22) Filed: **Jul. 24, 2006**

(65) **Prior Publication Data**

US 2008/0033808 A1 Feb. 7, 2008

| | | | | |
|---|---|---|---|---|
| 6,067,525 | A | 5/2000 | Johnson et al. | |
| 6,076,068 | A | 6/2000 | DeLapa et al. | |
| 6,078,892 | A | 6/2000 | Anderson et al. | |
| 6,097,792 | A | 8/2000 | Thornton | |
| 6,134,530 | A | 10/2000 | Bunting et al. | |
| 6,160,549 | A | 12/2000 | Touma et al. | |
| 6,161,103 | A | 12/2000 | Rauer et al. | |
| 6,263,334 | B1 | 7/2001 | Fayyad et al. | |
| 6,321,241 | B1 | 11/2001 | Gartung et al. | |
| 6,493,708 | B1 | 12/2002 | Ziauddin et al. | |
| 6,539,232 | B2 | 3/2003 | Hendrey et al. | |
| 6,567,786 | B1 | 5/2003 | Bibelnieks et al. | |
| 6,606,621 | B2 | 8/2003 | Hopeman et al. | |
| 6,684,207 | B1 | 1/2004 | Greenfield et al. | |
| 6,691,120 | B1 | 2/2004 | Durrant et al. | |
| 6,694,316 | B1 | 2/2004 | Langseth et al. | |
| 6,782,390 | B2 | 8/2004 | Lee et al. | |
| 6,847,934 | B1 | 1/2005 | Lin et al. | |
| 6,868,389 | B1 | 3/2005 | Wilkins et al. | |
| 6,915,289 | B1 | 7/2005 | Malloy et al. | |
| 6,917,940 | B1 | 7/2005 | Chen et al. | |
| 6,959,305 | B2 | 10/2005 | Bird et al. | |
| 2001/0014868 | A1 | 8/2001 | Herz et al. | |
| 2002/0026356 | A1 | 2/2002 | Bergh et al. | |
| 2002/0046116 | A1 | 4/2002 | Hohle et al. | |
| 2002/0169654 | A1 * | 11/2002 | Santos et al. | 705/10 |

(Continued)

# U.S. Patent 8,315,904 (Black) – Claim 1

**1. A computer implemented method comprising producing, by one or more computers, a promotion list for a promotion management campaign by:**

- **(a) generating, by one or more computers, a promotion instance from a promotion template;**
- **(b) receiving, by one or more computers executing marketing campaign software, a search query that includes one or more attributes of a promotion instance;**
- **(c) searching one or more data repositories for promotion instances having attributes corresponding to the attributes specified in the search query;**
- **(d) returning a list including one or more promotion instances having the attributes corresponding to the attributes specified in the search query;**
- **(e) receiving, by the one or more computers, a selection of one or more promotion instances, from the returned list, to be included in the promotion list;**
- **(f) assigning the selected promotion instances to the promotions list; and**
- **(g) storing the promotion list in an electronic medium.**

# U.S. Patent 8,315,904 (Black) – Claim 1

**1. A computer implemented method comprising producing, by one or more computers, a promotion list for a promotion management campaign by:**

```
<ul class="photo-cards">

<li><article data-unmappable="false" data-zillowOwned="" data-grouped="true"
data-latitude="47588104" data-longitude="-122317671" data-pgapt="NoZestimate"
data-zpid="1001472324" data-photoCount="9" id="zpid_1001472324" class="zsg-photo-card
photo-card zsg-aspect-ratio zsg-photo-card_building type-not-favorite" data-sgapt=
"Unknown Listed By"><div class="zsg-photo-card-content zsg-aspect-ratio-content"
itemscope="" itemtype="http://schema.org/SingleFamilyResidence"><div class=
"zsg-photo-card-caption"><h4 class="zsg-photo-card-spec"><span class=
"zsg-photo-card-status"><span class="zsg-icon-for-rent"></span>Beacon View
</span></h4><p class="zsg-photo-card-spec"><span class="zsg-photo-card-info"><span
class="zsg-photo-card-unit"><strong>1</strong><span class="zsg-icon-beds"></span>
$1,497+</span></span></p><p class="zsg-photo-card-spec"><span class=
"zsg-photo-card-address">1701 12th Ave S, Seattle, WA</span></p></div><a href=
"/b/beacon-view-seattle-wa-5XjNLh/" class="zsg-photo-card-overlay-link routable
hdp-link"></a><div class="zsg-photo-card-img"><ul class="zsg-list_inline
zsg-photo-card-badge"><li class="photo-count">9 photos</li></ul><img src="
https://photos.zillowstatic.com/p_e/ISaplivo6ooatg0000000000.jpg"></img></div><div
class="zsg-photo-card-actions ls-hide lh-hide "></div></div><div class="minibubble
template hide">
<!--{"bed":1,"miniBubbleType":2,"image":"https:\\/\\/photos.zillowstatic.com\\/p_a\\/IS
aplivo6ooatg0000000000.jpg","matchingPropertyCount":5,"minPrice":1497,"sqft":650,"maxPr
ice":null,"datasize":11,"title":"Beacon
View","bath":1.0,"priceRange":"$1,497+\\/mo","flexData":null}--></div></article></li>

 <li><article data-unmappable="false" data-zillowOwned="" data-grouped="true"
 data-latitude="47567029" data-longitude="-122364934" data-pgapt="NoZestimate"
 data-zpid="1002096422" data-photoCount="14" id="zpid_1002096422" class=
 "zsg-photo-card photo-card zsg-aspect-ratio zsg-photo-card_building type-not-favorite"
  data-sgapt="Unknown Listed By"><div class="zsg-photo-card-content
 zsg-aspect-ratio-content" itemscope="" itemtype="
 http://schema.org/SingleFamilyResidence"><div class="zsg-photo-card-caption"><h4 class
 ="zsg-photo-card-spec"><span class="zsg-photo-card-status"><span class=
 "zsg-icon-for-rent"></span>Youngstown Flats</span></h4><p class=
 "zsg-photo-card-spec"><span class="zsg-photo-card-info"><span class=
 "zsg-photo-card-unit"><strong>0</strong><span class="zsg-icon-beds"></span>$1,499+
 </span><span class="zsg-photo-card-unit"><strong>1</strong><span class="zsg-icon-beds"
 ></span>$1,699+</span></span></p><p class="zsg-photo-card-spec"><span class=
 "zsg-photo-card-address">4040 26th Ave SW, Seattle, WA</span></p></div><a href=
 "/b/youngstown-flats-seattle-wa-5XqgHP/" class="zsg-photo-card-overlay-link routable
 hdp-link"></a><div class="zsg-photo-card-img"><ul class="zsg-list_inline
 zsg-photo-card-badge"><li class="tog-fresh">Updated today</li></ul><img data-src="
 https://photos.zillowstatic.com/p_e/ISu4zahbjlyj3s0000000000.jpg" src=
 "data:image/gif;base64,R0lGODlhAQABAIAAAAAAAP///yH5BAEAAAAALAAAAAABAAEAAAIBRAA7"
 ></img></div><div class="zsg-photo-card-actions ls-hide lh-hide "></div></div><div
 class="minibubble template hide">
 <!--{"bed":0,"miniBubbleType":2,"image":"https:\\/\\/photos.zillowstatic.com\\/p_a\\/IS
 u4zahbjlyj3s0000000000.jpg","matchingPropertyCount":16,"minPrice":1499,"sqft":592,"maxP
 rice":null,"datasize":11,"title":"Youngstown
 Flats","bath":null,"priceRange":"$1,499+\\/mo","flexData":null}--></div></article></li>
 </ul>
```

Displayed Rental Listings in HTML, Zillow, https://www.zillow.com.

Displayed Rental Listings for Seattle, Zillow, https://www.zillow.com.

# U.S. Patent 8,315,904 (Black) – Claim 1

**(a) generating, by one or more computers, a promotion instance from a promotion template;**

```
<li><article data-unmappable="false" data-zillowOwned=""
 data-grouped="true" data-latitude="47588104"
data-longitude="-122317671" data-pgapt="NoZestimate"
data-zpid="1001472324" data-photoCount="9" id=
"zpid_1001472324" class="zsg-photo-card photo-card
zsg-aspect-ratio zsg-photo-card_building
type-not-favorite" data-sgapt="Unknown Listed By"><div
class="zsg-photo-card-content zsg-aspect-ratio-content"
itemscope="" itemtype="
http://schema.org/SingleFamilyResidence"><div class=
"zsg-photo-card-caption"><h4 class="zsg-photo-card-spec"
><span class="zsg-photo-card-status"><span class=
"zsg-icon-for-rent"></span>Beacon View</span></h4><p
class="zsg-photo-card-spec"><span class=
"zsg-photo-card-info"><span class="zsg-photo-card-unit"
><strong>1</strong><span class="zsg-icon-beds"></span
$1,497+</span></span></p><p class="zsg-photo-card-spec"
><span class="zsg-photo-card-address">1701 12th Ave
S, Seattle, WA</span></p></div><a href=
"/b/beacon-view-seattle-wa-5XjNLn/" class=
"zsg-photo-card-overlay-link routable hdp-link"></a><div
 class="zsg-photo-card-img"><ul class="zsg-list_inline
zsg-photo-card-badge"><li class="photo-count">9 photos
</li></ul><img src="
https://photos.zillowstatic.com/p_e/ISaplivo6ooatg0000000
000.jpg"></img></div><div class="zsg-photo-card-actions
ls-hide lh-hide "></div></div><div class="minibubble
template hide">
<!--{"bed":1,"miniBubbleType":2,"image":"https:\\/\\/phot
os.zillowstatic.com\\/p_a\\/ISaplivo6ooatg0000000000.jpg"
,"matchingPropertyCount":5,"minPrice":1497,"sqft":650,"ma
xPrice":null,"datasize":11,"title":"Beacon
View","bath":1.0,"priceRange":"$1,497+\\/mo","flexData":n
ull}--></div></article></li>
```

Portion of the HTML for "Beacon View, Zillow, https://www.zillow.com.

***Note:*** Zillow generates property listings (such as "Beacon View" shown below).

"Beacon View" Property Listing, Zillow, https://www.zillow.com.

# U.S. Patent 8,315,904 (Black) – Claim 1

**(b) receiving, by one or more computers executing marketing campaign software, a search query that includes one or more attributes of a promotion instance;**

Zillow, https://www.zillow.com.

# U.S. Patent 8,315,904 (Black) – Claim 1

**(c) searching one or more data repositories for promotion instances having attributes corresponding to the attributes specified in the search query;**

"Zillow is the leading real estate and rental marketplace dedicated to empowering consumers with data, inspiration and knowledge around the place they call home, and connecting them with the best local professionals who can help. Zillow serves the full lifecycle of owning and living in a home: buying, selling, renting, financing, remodeling and more. It starts with Zillow's living database of more than 110 million U.S. homes. . . ." https://www.zillow.com/corp/About.htm.

Rental Listings for Seattle, Zillow, https://www.zillow.com.

# U.S. Patent 8,315,904 (Black) – Claim 1

**(d) returning a list including one or more promotion instances having the attributes corresponding to the attributes specified in the search query;**

Request on 2019-04-13T14:01:10.174Z

General:

***Request URL:*** https://www.zillow.com/homes/seattle,-wa_rb/

***HTTP Version:*** http/2.0

***Request method:*** GET

***Remote Address:*** 99.84.41.128

"binCounts":{"totalResultCount":2002,"forSaleCount":0,"makeMeMo
veCount":98,"recentlySoldCount":37873,"forRentCount":7313,"fsba
Count":2257,"fsboCount":24,"foreclosuresCount":1,"bankOwnedCoun
t":7,"foreclosedCount":10,"preForeclosureCount":119,"newConstru
ctionCount":504,"openHousesCount":0,"singleFamilyCount":299,"co
ndoCount":6313,"multiFamilyCount":573,"manufacturedCount":0,"la
ndCount":0,"unmappedCount":0,"comingSoonCount":1}

, "pageNumber":1, "disambig":"", "mapStateMessage":"",
"error":{}, "regionSelectionObject":{ "regionId" : 16037,
"selectionName" : "Seattle", "regionURLString" :"Seattle WA",
"regionType" : 6, "boundingRect" : { "sw": { "lat": 47491912,
"lon": \-122465159 }, "ne": { "lat": 47734145, "lon":
\-122224432 } } }

HTML section showing total number of rental listings in Seattle, WA, Zillow, https://www.zillow.com.

Rental Listings for Seattle, WA, Zillow, https://www.zillow.com.

***Note:*** Zillow returns a set of property listings from its data repository that have attributes that correspond to the search query attributes (such as "Seattle, WA").

# U.S. Patent 8,315,904 (Black) – Claim 1

**(e) receiving, by the one or more computers, a selection of one or more promotion instances, from the returned list, to be included in the promotion list;**

***Note*: Zillow receives a selection of the total number of property listings that match the search query to be included on the initial search results list based on which of the properties are newest.**

"binCounts":{"totalResultCount":2002
,"forSaleCount":0,"makeMeMoveCount":
98,"recentlySoldCount":37873,"forRen
tCount":7313,"fsbaCount":2257,"fsboC
ount":24,"foreclosuresCount":1,"bank
OwnedCount":7,"foreclosedCount":10,"
preForeclosureCount":119,"newConstru
ctionCount":504,"openHousesCount":0,
"singleFamilyCount":299,"condoCount"
:6313,"multiFamilyCount":573,"manufa
cturedCount":0,"landCount":0,"unmapp
edCount":0,"comingSoonCount":1}

HTML section showing total number of rental listings in Seattle, WA, Zillow, https://www.zillow.com.

```
<ul class="photo-cards">

<li><article data-unmappable="false" data-zillowOwned="" data-grouped="true"
data-latitude="47588104" data-longitude="-122317671" data-pgapt="NoZestimate"
data-zpid="1001472324" data-photoCount="9" id="zpid_1001472324" class="zsg-photo-card
photo-card zsg-aspect-ratio zsg-photo-card_building type-not-favorite" data-sgapt=
"Unknown Listed By"><div class="zsg-photo-card-content zsg-aspect-ratio-content"
itemscope="" itemtype="http://schema.org/SingleFamilyResidence"><div class=
"zsg-photo-card-caption"><h4 class="zsg-photo-card-spec"><span class=
"zsg-photo-card-status"><span class="zsg-icon-for-rent"></span>Beacon View
</span></h4><p class="zsg-photo-card-spec"><span class="zsg-photo-card-info"><span
class="zsg-photo-card-unit"><strong>1</strong><span class="zsg-icon-beds"></span>
$1,497+</span></span></p><p class="zsg-photo-card-spec"><span class=
"zsg-photo-card-address">1701 12th Ave S, Seattle, WA</span></p></div><a href=
"/b/beacon-view-seattle-wa-5XjNLh/" class="zsg-photo-card-overlay-link routable
hdp-link"></a><div class="zsg-photo-card-img"><ul class="zsg-list_inline
zsg-photo-card-badge"><li class="photo-count">9 photos</li></ul><img src="
https://photos.zillowstatic.com/p_e/ISaplivo6ooatg0000000000.jpg"></img></div><div
class="zsg-photo-card-actions ls-hide lh-hide "></div></div><div class="minibubble
template hide">
<!--{"bed":1,"miniBubbleType":2,"image":"https:\\/\\/photos.zillowstatic.com\\/p_a\\/IS
aplivo6ooatg0000000000.jpg","matchingPropertyCount":5,"minPrice":1497,"sqft":650,"maxPr
ice":null,"datasize":11,"title":"Beacon
View","bath":1.0,"priceRange":"$1,497+\\/mo","flexData":null}--></div></article></li>
```

```
<li><article data-unmappable="false" data-zillowOwned="" data-grouped="true"
data-latitude="47567029" data-longitude="-122364934" data-pgapt="NoZestimate"
data-zpid="1002096422" data-photoCount="14" id="zpid_1002096422" class=
"zsg-photo-card photo-card zsg-aspect-ratio zsg-photo-card_building type-not-favorite"
 data-sgapt="Unknown Listed By"><div class="zsg-photo-card-content
zsg-aspect-ratio-content" itemscope="" itemtype="
http://schema.org/SingleFamilyResidence"><div class="zsg-photo-card-caption"><h4 class
="zsg-photo-card-spec"><span class="zsg-photo-card-status"><span class=
"zsg-icon-for-rent"></span>Youngstown Flats</span></h4><p class=
"zsg-photo-card-spec"><span class="zsg-photo-card-info"><span class=
"zsg-photo-card-unit"><strong>0</strong><span class="zsg-icon-beds"></span>$1,499+
</span><span class="zsg-photo-card-unit"><strong>1</strong><span class="zsg-icon-beds"
></span>$1,699+</span></span></p><p class="zsg-photo-card-spec"><span class=
"zsg-photo-card-address">4040 26th Ave SW, Seattle, WA</span></p></div><a href=
"/b/youngstown-flats-seattle-wa-5XqgHP/" class="zsg-photo-card-overlay-link routable
hdp-link"></a><div class="zsg-photo-card-img"><ul class="zsg-list_inline
zsg-photo-card-badge"><li class="toz-fresh">Updated today</li></ul><img data-src="
https://photos.zillowstatic.com/p_e/ISu4zahbjlyj3s0000000000.jpg" src=
"data:image/gif;base64,R0lGODlhAQABAIAAAAAAAP///yH5BAEAAAAALAAAAAABAAEAAAIBRAA7"
></img></div><div class="zsg-photo-card-actions ls-hide lh-hide "></div></div><div
class="minibubble template hide">
<!--{"bed":0,"miniBubbleType":2,"image":"https:\\/\\/photos.zillowstatic.com\\/p_a\\/IS
u4zahbjlyj3s0000000000.jpg","matchingPropertyCount":16,"minPrice":1499,"sqft":592,"maxP
rice":null,"datasize":11,"title":"Youngstown
Flats","bath":null,"priceRange":"$1,499+\\/mo","flexData":null}--></div></article></li>
</ul>
```

Displayed Rental Listings in HTML, Zillow, https://www.zillow.com.

Displayed Rental Listings for Seattle, Zillow, https://www.zillow.com.

# U.S. Patent 8,315,904 (Black) – Claim 1

**(f) assigning the selected promotion instances to the promotions list; and**

***Note:*** Zillow assigns property listings to the initial search results list by listing them in the HTML file that is sent to the user's browser for display.

Rental Listings for Seattle, WA, Zillow, https://www.zillow.com.

# U.S. Patent 8,315,904 (Black) – Claim 1

## (g) storing the promotion list in an electronic medium.

***Note:*** Zillow stores the promotion list in an HTML file containing the property listings that match the search query attributes at the user's browser for display.

Rental Listings for Seattle, Zillow, https://www.zillow.com.

Request on 2019-04-13T14:01:10.174Z

**General:**

***Request URL:*** https://www.zillow.com/homes/seattle,-wa_rb/

***HTTP Version:*** http/2.0

***Request method:*** GET

***Remote Address:*** 99.84.41.128

Server's response

**Full response:**

**200** OK *http/2.0* More info about HTTP status codes in Wikipedia .

Headers:

- ***cache-control*** no-cache
- ***content-encoding*** gzip
- ***content-security-policy*** frame-ancestors zillow.highspot.com view.highspot.com;
- ***content-type*** text/html;charset=UTF-8
- ***date*** Sat, 13 Apr 2019 14:01:10 GMT
- ***expires*** Thu, 01 Jan 1970 00:00:00 GMT
- ***server*** Apache-Coyote/1.1