UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

        Plaintiff,

v.

ZILLOW GROUP, INC.; and
ZILLOW, INC.,

        Defendants.

C20-851 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties are DIRECTED to file, within fourteen (14) days of the date of this Minute Order, an updated Joint Status Report concerning (i) the status of discovery; (ii) whether, with respect to U.S. Patent No. 7,072,849 ("the '849 Patent"), the Court should adopt the claim construction set forth in <u>Chewy, Inc. v. Int'l Bus. Machs. Corp.</u>, S.D.N.Y. Case No. 1:21-cv-1319 (Nov. 9, 2021) (docket no. 90); (iii) a proposed briefing schedule for claim construction concerning the '849 Patent, if necessary, and U.S. Patent Nos. 7,631,346 and 9,245,183; and (iv) a proposed case schedule, including a mutually convenient trial date and a summary of any anticipated dispositive motions.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of March, 2022.

                                             Ravi Subramanian
                                             Clerk

                                             s/Gail Glass
                                             Deputy Clerk

MINUTE ORDER - 1