1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

                Plaintiff,

     v.

ZILLOW GROUP, INC.; and
ZILLOW, INC.,

                Defendants.

C20-851 TSZ

MINUTE ORDER SETTING
TRIAL DATE AND RELATED
DEADLINES

| | |
|---|---|
| **JURY TRIAL DATE (5–10 days)** | **June 20, 2023** |
| Parties to exchange preliminary proposed constructions of disputed claim terms and lists of proposed extrinsic evidence | May 19, 2022 |
| Joint Claim Chart and Prehearing Statement due | June 15, 2022 |
| Parties to disclose reports from expert witnesses, if any, regarding <u>Markman</u> issues | June 15, 2022 |
| Parties to disclose rebuttal expert reports, if any, regarding <u>Markman</u> issues | July 18, 2022 |
| Deadline for completion of claim construction discovery and for amending pleadings | August 4, 2022 |

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 1

| | |
|---|---|
| Opening claim construction briefs filed by<br>  (**and noted for August 26, 2022**) | August 11, 2022 |
| Responsive claim construction briefs filed by | August 26, 2022 |

**If a claim construction (<u>Markman</u>) hearing is necessary,<br>one will be set upon at least 20 days' notice to the parties.**

| | |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | October 21, 2022 |
| Rebuttal expert reports due | November 21, 2022 |
| All discovery motions must be filed by<br>  (and noted on the motion calendar for the third Friday thereafter) | January 12, 2023 |
| Discovery completed by | February 17, 2023 |
| All dispositive motions must be filed by<br>  (and noted on the motion calendar for the fourth Friday thereafter;<br>  <u>see</u> LCR 7(d)) | March 2, 2023 |
| All motions related to expert witnesses must be filed by<br>  (and noted on the motion calendar for the third Friday thereafter;<br>  <u>see</u> LCR 7(d)) | March 9, 2023 |
| All motions *in limine* must be filed by<br>  (and noted on the motion calendar for the third Friday thereafter) | May 18, 2023 |
| Agreed pretrial order due | May 24, 2023 |
| Trial briefs, proposed voir dire questions, proposed jury<br>  instructions, and trial exhibits due | May 24, 2023 |
| Pretrial Conference            at 10:00 a.m. on | June 9, 2023 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties.  All other dates are specified in the Local Civil Rules and Local Patent Rules.  These are firm dates that can be changed only

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 2

1  by order of the Court, not by agreement of counsel or the parties.  The Court will alter

2  these dates only upon good cause shown:  failure to complete discovery within the time

3  allowed is not recognized as good cause.

4       If the trial date, pretrial conference date, or deadlines assigned to this matter create

5  an irreconcilable conflict, counsel must notify Judge Zilly's Chambers at (206) 370-8830,

6  within 14 days of the date of this Minute Order and explain the exact nature of the

7  conflict.  A failure to do so will be deemed a waiver.  Counsel must be prepared to begin

8  trial on the date scheduled, but should understand that the trial might have to await the

9  completion of other cases.

10                Claim Construction and *Markman* Hearing

11       Any claim construction hearing will be set for a half-day (2.5 hours).  If more or

12  less time is required, the parties are instructed to inform Judge Zilly's Chambers at

13  (206) 370-8830.  With regard to U.S. Patent No. 7,072,849, the parties should address in

14  their claim construction briefs (i) the extent to which the parties agree that the Court

15  should adopt the claim construction set forth in Chewy, Inc. v. International Business

16  Machines Corp., S.D.N.Y. Case No. 1:21-cv-1319 (Nov. 9, 2021) (docket no. 90); and

17  (ii) the proposed interpretation of any claims either not construed in Chewy or as to

18  which one or the other party challenges the ruling in Chewy.

19       PLEASE NOTE:  The Court will not rule on dispositive motions that raise issues

20  of claim construction prior to the Markman Hearing, unless special circumstances

21  warrant doing so and leave of Court is obtained in advance of filing.

22

23

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 3

Exhibits

The original and one copy of any exhibits to be used at any Markman Hearing and/or trial are to be delivered to the Court at least five (5) days before the hearing and/or trial date at a time coordinated with Courtroom Deputy Clerk Gail Glass, who can be reached at (206) 370-8522.

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 4

Settlement

Should this case settle, counsel shall notify Judge Zilly's Chambers at (206) 370-8830 as soon as possible.

Dated this 1st day of April, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER SETTING TRIAL DATE AND RELATED DEADLINES - 5