UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

        Plaintiff,

    v.

ZILLOW GROUP, INC.; and
ZILLOW, INC.,

        Defendants.

C20-851 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 190, proceedings concerning plaintiff's first claim, involving United States Patent No. 7,072,849, are STAYED pending further order of the Court. Proceedings relating to plaintiff's sixth and seventh claims, involving United States Patents Nos. 7,076,443 and 8,315,904, remain stayed pending resolution of inter partes review matters before the U.S. Patent and Trademark Office's Patent Trial and Appeal Board. *See* Minute Order at ¶ 1 (docket no. 147); *see also* Minute Order at ¶ 1(a) (docket no. 184).

(2) The parties shall file a Joint Status Report within fourteen (14) days after the United States Court of Appeals for the Federal Circuit issues a mandate in *Chewy, Inc. v. Int'l Bus. Machs. Corp.*, No. 2022-1756.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of May, 2022.

                                            Ravi Subramanian
                                            Clerk

                                            s/Gail Glass
                                            Deputy Clerk

MINUTE ORDER - 1