UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

    Plaintiff,

 v.

ZILLOW GROUP, INC.; and
ZILLOW, INC.,

    Defendants.

C20-851 TSZ

MINUTE ORDER

   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

   (1) Having reviewed the parties' Joint Status Report, docket no. 194, as well as a previous stipulation, docket no. 190, the Court ORDERS as follows:

    (a) Plaintiff's first and sixth claims involving U.S. Patents Nos. 7,072,849 and 7,076,443, respectively, remain stayed pending the Federal Circuit's resolution of <u>Chewy, Inc. v. International Business Machines Corp.</u>, No. 2022-1756;

    (b) Plaintiff's seventh claim involving U.S. Patent No. 8,315,904 remains stayed pending the District of Delaware's resolution of any renewed motion in <u>International Business Machines Corp. v. Zynga Inc.</u>, No. 22-cv-590, challenging patentability pursuant to 35 U.S.C. § 101;

    (c) Partial judgment has been entered in defendants' favor on plaintiff's fourth and fifth claims involving U.S. Patents Nos. 9,158,789 and 7,187,389, respectively, <u>see</u> Partial Judgment (docket no. 179); Order (docket no. 171), an appeal is pending in the Federal Circuit, and no issue currently remains for the Court's determination as to those claims; and

MINUTE ORDER - 1

(d) Plaintiff's second and third claims involving U.S. Patents Nos. 7,631,346 and 9,245,183, respectively, are the only active matters in this case, and they remain subject to the Minute Order Setting Trial Date and Related Deadlines, docket no. 189.

(2) The parties shall keep the Court apprised about the matters described in Paragraphs 1(a), (b), and (c), above, by filing a Joint Status Report within fourteen (14) days after any dispositive, or otherwise significant (e.g., expiration of a filing deadline without the requisite action), development.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 10th day of August, 2022.

                                             Ravi Subramanian
                                             Clerk

                                             s/Gail Glass
                                             Deputy Clerk