HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>Defendants. | Case No. 2:20-cv-00851-TSZ<br><br>**STIPULATED MOTION TO MODIFY CASE SCHEDULE and ORDER** |

Pursuant to Local Civil Rule 16(b)(6), Plaintiff International Business Machines Corporation ("Plaintiff") and Defendants Zillow Group, Inc. and Zillow, Inc. ("Defendants"), by and through their respective counsel of record, hereby stipulate to modify the dates in the Court's Minute Order Setting Trial Date and Related Deadlines (D.I. 189) as set forth in the below table. After conferring about document production, source code production, and deposition scheduling, the parties believe these modifications will allow the parties to efficiently move forward with discovery.

As indicated below, the sole existing deadlines impacted by the parties' proposed modifications are those for opening and rebuttal expert reports. Good cause exists for modifying these two deadlines because doing so will allow the parties sufficient time to account for the Court's

STIPULATED MOTION TO MODIFY CASE SCHEDULE and ORDER - 1
(Case No. 2:20-cv-00851-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

claim construction order in their respective expert reports and will accordingly streamline discovery, in that the Court's claim construction rulings will further define the issues in dispute.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Date by which Zillow makes available additional source code and source code review tools | | September 8, 2022 |
| IBM will serve 30(b)(6) notice on Zillow | | September 8, 2022 |
| Date by which IBM amends infringement contentions to cite source code Zillow has produced to date | | October 6, 2022 |
| Reports from expert witnesses under FRCP 26(a)(2) due | October 21, 2022 | December 5, 2022 |
| Rebuttal expert reports due | November 21, 2022 | January 19, 2023 |
| All discovery motions must be filed by | January 12, 2023 | January 12, 2023 |
| Discovery completed by | February 17, 2023 | February 17, 2023 |
| All dispositive motions must be filed by | March 2, 2023 | March 2, 2023 |
| All motions related to expert witnesses must be filed by | March 9, 2023 | March 9, 2023 |

STIPULATED MOTION TO MODIFY CASE SCHEDULE and ORDER - 2
(Case No. 2:20-cv-00851-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

DATED this 2nd day of September, 2022.

| SUSMAN GODFREY LLP | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/Ian B. Crosby* <br> By: *s/Daniel Shih* <br> By: *s/Katherine Peaslee* <br> Ian B. Crosby, WSBA #28461 <br> Daniel Shih, WSBA #37999 <br> Katherine Peaslee, WSBA #52881 <br> 1201 Third Avenue, Suite 3800 <br> Seattle, WA 98101 <br> Tel: (206) 516-3880 <br> Fax: (206) 516-3883 <br> Email: icrosby@susmangodfrey.com <br> Email: dshih@susmangodfrey.com <br> Email: kpeaslee@susmangodfrey.com | By: *s/Arthur W. Harrigan, Jr.* <br> By: *s/Tyler L. Farmer* <br> By: *s/Bryn R. Pallesen* <br> Arthur W. Harrigan, Jr., WSBA #1751 <br> Tyler L. Farmer, WSBA #39912 <br> Bryn R. Pallesen, WSBA #57714 <br> 999 Third Avenue, Suite 4400 <br> Seattle, WA 98104 <br> Tel: (206) 623-1700 <br> Fax: (206) 623-8717 <br> Email: arthurh@harriganleyh.com <br> Email: tylerf@harriganleyh.com <br> Email: brynp@harriganleyh.com |

*Attorneys for Zillow Group Inc. and Zillow, Inc.*

DESMARAIS LLP
John M. Desmarais, (*pro hac vice*)
Karim Z. Oussayef, (*pro hac vice*)
Brian D. Matty (*pro hac vice*)
Jun Tong (*pro hac vice*)
William Vieth (*pro hac vice*)
Lindsey E. Miller (*pro hac vice*)
William Yau (*pro hac vice*)
Eli Balsam (*pro hac vice*)
Amy I. Wann (*pro hac vice*)
Edward Geist (*pro hac vice*)
230 Park Avenue, 26th Floor
New York, NY 10169
Tel:(212) 351-3400
Fax:(212) 351-3401
Email: jdesmarais@desmaraisllp.com
Email: koussayef@desmaraisllp.com
Email: bmatty@desmaraisllp.com
Email: jtong@desmaraisllp.com
Email: wvieth@desmaraisllp.com
Email: lmiller@desmaraisllp.com
Email: wyau@desmaraisllp.com
Email: ebalsam@desmaraisllp.com
Email: awann@desmaraisllp.com
Email: egeist@desmaraisllp.com

*Attorneys for International Business Machines Corporation*

STIPULATED MOTION TO MODIFY CASE SCHEDULE
and ORDER - 3
(Case No. 2:20-cv-00851-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

**ORDER MODIFYING SCHEDULE**

IT IS SO ORDERED.

Dated this 2nd day of September, 2022.

Thomas S. Zilly
United States District Judge

STIPULATED MOTION TO MODIFY CASE SCHEDULE
and ORDER - 4
(Case No. 2:20-cv-00851-TSZ)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717