UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS
MACHINES CORPORATION,

Plaintiff,

v.

ZILLOW GROUP, INC.; and ZILLOW,
INC.,

Defendants.

C20-0851 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Plaintiff's unopposed motion to seal, docket no. 276, is GRANTED, and the unredacted versions of plaintiff's response, docket no. 279, to defendants' motion for summary judgment, and Exhibits 3 and 6 to the Declaration of Benjamin Rodd, docket nos. 279-1 & 279-2, as well as Exhibits 7–12 to the Declaration of Benjamin Rodd, docket nos. 279-3 – 279-8, shall remain under seal.  The Court makes no ruling, however, regarding whether the sealed materials should be made publicly available if their redacted portions become relevant to an issue before the Court.  If the Court must quote or paraphrase language from a sealed document, it will consider at that time whether its unredacted order should be publicly accessible.

(2)     The parties' stipulated motion for extension, docket no. 281, is GRANTED. The deadline for the parties to participate in mediation is EXTENDED from June 30, 2026, to July 8, 2026, and the deadline for the parties to file a Joint Status Report and/or a Notice of Settlement is EXTENDED from July 3, 2026, to July 13, 2026, or within twenty-four (24) hours after agreeing to a settlement in principle, whichever occurs earlier.

MINUTE ORDER - 1

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of June, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2