UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL BUSINESS MACHINES CORPORATION,

Plaintiff,

v.

ZILLOW GROUP, INC.; and ZILLOW, INC.,

Defendants.

C20-0851 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to stay litigation, docket no. 285, is treated as a motion for extension and is GRANTED as follows. The deadline for the parties to file a Joint Status Report and/or a Notice of Settlement is EXTENDED from July 17, 2026, to August 10, 2026, or within twenty-four (24) hours after agreeing to a settlement in principle, whichever occurs earlier. If the parties have not reached a settlement in principle by August 10, 2026, the Joint Status Report shall indicate when the parties will be prepared for trial, how long a trial is anticipated to last, what further discovery, if any, the parties need to conduct, and what additional dispositive motion practice, if any, the parties propose. No further extension will be granted unless good cause is demonstrated.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of July, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk