UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ZILLOW GROUP, INC.; and ZILLOW, INC.,<br><br>Defendants. | C20-0851 TSZ<br><br>ORDER |

By Order entered August 18, 2026, docket no. 288, the Court dismissed this case with prejudice and without costs pursuant to the parties' agreement, which had been communicated to the Court via electronic mail. On August 20, 2026, again via electronic mail, defendants indicated their understanding that their counterclaims should have been dismissed without prejudice. Almost two weeks have since elapsed, and plaintiff has not responded. The Court interprets plaintiff's silence as agreement with defendants' view.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows.

The Order entered August 18, 2026, docket no. 288, is hereby AMENDED. This case began with claims of infringement relating to seven different patents-in-suit. _See_ Complaint (docket no. 1). Partial judgment was entered in favor of defendants and against plaintiff as to the three patents-in-suit relating to plaintiff's third, fourth, and fifth

claims. *See* Partial Judgments (docket nos. 179 & 238). The parties stipulated to dismissal with prejudice of plaintiff's first, sixth, and seven claims and dismissal without prejudice of defendants' related counterclaims. *See* Minute Order at ¶ 1 (docket no. 254). Pursuant to the parties' agreement, which was communicated to the Court on August 17, 2026, via electronic mail, plaintiff's sole remaining claim, namely, its second claim relating to U.S. Patent No. 7,631,346 ("the '346 Patent"), is DISMISSED with prejudice and without costs, and defendants' fourth and fifth counterclaims, for non-infringement and invalidity of the '346 Patent, *see* Answer (docket no. 172), are DISMISSED without prejudice and without costs, provided that any party may move to reopen on or before October 19, 2026.

This case remains CLOSED, and the Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 1st day of September, 2026.

Thomas S. Zilly
United States District Judge